FILED AUG 04 '09 11:37 USBCRI

# BOYAJIAN, HARRINGTON & RICHARDSON         COUNSELLORS AT LAW

JOHN BOYAJIAN
ALDEN C. HARRINGTON
ANDREW S. RICHARDSON

STEVEN J. BOYAJIAN

182 WATERMAN STREET
PROVIDENCE
RHODE ISLAND 02906
(401) 273-9600
FAX 273-9605

July 29, 2009

U.S. Bankruptcy Court
380 Westminster Mall
Providence, RI 02903

Ladies and Gentlemen:

Enclosed is check#77553 issued from the Chapter 13 Account. This check is for unclaimed funds issued to Holly Noka in the matter of In re: Noka, BK-06-11359.

Very truly yours,

John Boyajian

JB/mah
Encl.

| | | | |
|---|---|---|---|
| 4B | John Boyajian<br>CHAPTER 13 STANDING TRUSTEE<br>P.O. Box 2553<br>Providence, RI 02906 | 64-79<br>611<br>SunTrust Bank<br>Knoxville, TN 78784 | 077553 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

CLAIM NO: 999

CLASSIFICATION: REFUND

INTEREST PORTION: .00

BALANCE DUE AFTER THIS CHECK: Continuing

DEBTOR'S NAME: In RE NOKA, HOLLY A.

VOID AFTER 90 DAYS: 07 / 29 / 2009

CASE NUMBER: 0611359

PAY THIS AMOUNT: **1,288.33***

******One Thousand Two Hundred Eighty Eight Dollars and 33/100******

TO THE ORDER OF: CLERK, US BANKRUPTCY COURT****
380 Westminster Mall
Providence, RI 02903-

MEMO

John Boyajian

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK – HOLD AT ANGLE TO VIEW

⑈077553⑈ ⑆061100790⑆ 000000575203 5⑈

---

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

# 66943         AO

August 04, 2009
14:39:24

REGISTRY
06-11359

Debtor.: HOLLY A. NOKA
Judge..: ARTHUR VOTOLATO
Trustee: John Boyajian
Amount.:          $1,288.33 CH
Check#.: 553

Total -> $1,288.33

FROM: BOYAJIAN HARRINGTON RICHARDSON